

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2022

Nos. 04-22-00513-CR, 04-22-00514-CR, 04-22-00515-CR, 04-22-00516-CR, 04-22-00517-CR,
04-22-00518-CR, and 04-22-00519-CR

The **STATE** of Texas,
Appellant

v.

Jaime Francisco **FLORES**, Gracie Yvette Lopez, Cristal Ann Ramirez, Martin Eli Perez,
Rodney Anthony Ortiz, and Enrique Cibrian,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court Nos. 19-CRD-43, 21-CRD-07, 21-CRD-12, 21-CRD-93, 22-CRD-15, 22-CRD-16,
and 22-CRD-07
Honorable Baldemar Garza, Judge Presiding

## ORDER

On September 9, 2022, appellant filed an unopposed motion to consolidate appeal numbers 04-22-00513-CR, 04-22-00514-CR, 04-22-00515-CR, 04-22-00516-CR, 04-22-00517-CR, 04-22-00518-CR, and 04-22-00519-CR. Due to the similarities between the cases, this court has determined that the seven cases should be consolidated for briefing and argument. It is therefore ORDERED that the motion to consolidate is GRANTED. The parties shall file all motions, briefs, and other documents as if the seven appeals were one case, but shall include all appeal numbers with the style of the case. *See* TEX. R. APP. P. 9.3(a). The records for the seven appeals shall remain separated. If the court hears oral argument in these appeal numbers, all of the cases shall be argued together, as a single appeal, and the total time limit for each side at oral argument shall equal the ordinary time limit for a single appeal. The court will dispose of the entire case with the same judgment, opinion, and mandate.

It is so **ORDERED** September 21, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

